IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| HEAVEN TUTSON, | * |
| Plaintiff, | * |
| -vs- | * Case No:_____ |
| CAPITAL ONE, | * |
| Defendant. | * |

## COMPLAINT

## JURISDICTION

Jurisdiction of this court arises under 28 U.S.C. 1331 and pursuant to 15 U.S.C. 1681 et seq, and pursuant to 28 U.S.C. 1367 for pendent state law claims. This action arises out of Defendant's violations of the Fair Credit Reporting Act., 15 U.S.C. 1681, et seq' ("FCRA")

## PARTIES

Plaintiff, Heaven Tutson., is a natural person residing in the State of Iowa, County of Johnson. Plaintiffs address is 1329 Dolen Place, Iowa City, Iowa 52246.

Defendant Capital One, does business in Iowa and Utah, and its address is PO Box 30281 Salt Lake City, Utah 84130

## VENUE

Venue is proper in this district because the acts and transactions occurred here, and the Defendants transact business here.

## **FACTS**

In June 2009, after reviewing Plaintiff's credit report. Plaintiff noticed a collection listed by the Capital One. Doubting the veracity and accuracy of this listing Plaintiff initiated a dispute via Experian's Online Consumer Dispute Resolution interface. Plaintiff also sent a letter disputing the accuracy of this account to Capital One.

In or about July 2009 Capital One reported this item as verified to Experian.

Despite Plaintiff's request for reinvestigation, and never having actually been provided verification, Defendants continued to list this debt on Plaintiffs Credit report.

Defendant Capital One furnished inaccurate information about this debt, namely failed to report said account was disputed by the Plaintiff in violation of FCRA 623(a)(5); ). ; FDCPA 807(8); and 15 USC 1681s-2(b). Defendant Capital One also was aware of the disputed nature of said accounts and failed to ensure that said accounts were accurately reported.

As a result of the Defendants activities or lack therof the Plaintiff has suffered loss of self-esteem and peace of mind, and has suffered emotional distress, humiliation and embarrassment, and defamation of Credit.

The acts and omissions of the Defendants and its representatives, employees and or agents constitute numerous and multiple violations of the FCRA .

Pursuant to the FCRA the Plaintiff is entitled to actual damages, statutory damages, and reasonable costs and fees.

WHEREFORE, Plaintiff respectfully requests that judgment be entered against the Defendant for the following:

(a) actual damages.
(b) Statutory damages

(c) costs and reasonable fees

(d) punitive damages

(e) For such other relief as the court may deem just and proper.

Heaven Tutson/Pro Se:
1329 Dolen Place
Iowa City, Iowa 52246

*Heaven Tutson*

### DEMAND FOR JURY TRIAL

Please take note that Plaintiff demands trial by jury in this action.

Date: 5/10/10

Signature: *Heaven Tutson*

1329 Ooten Place
Iowa City, IA 52246

AUGUSTA, GA 309
PM 12 MAY 2010

Clerk, U.S District Court
Southern District of Iowa
P.O Box 9344
Des Moines, IA 50306-9344