IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| HEAVEN TUTSON, | * |
| Plaintiff, | * |
| -vs- | * Case No: 3:10-CV-00060 |
| CAPITAL ONE., | * |
| Defendants. | * |

## NOTICE OF VOLUNTARY DISMISSAL

Comes Now, Heaven Tutson, and hereby moves this court to dismiss Capital One as Defendant in this matter with prejudice.

This 14$^h$ day of September, 2010

Respectfully Submitted,

*/s/ Heaven Tutson*

Heaven Tutson
1329 Dolen Place
Iowa City, Iowa 52246

Office of the Principal
**LAKESIDE HIGH SCHOOL**
3801 Briarcliff Road, N. E.
Atlanta, Georgia 30345-3856
**A DEKALB COUNTY SCHOOL**

STATE AND NATIONAL SCHOOL OF EXCELLENCE

ATLANTA GA 303
14 SEP 2010 PM 1 T

Clerk U.S. District Court
Southern District of Iowa
P.O. Box 9344
Des Moines Iowa 50306


Oscar Micheaux
USA 44